vicinity of 146 Lander Street, Newburgh, New York, in violation of New York Penal Law, Sections 20.00, 110.00, and 120.05.

(Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT SIXTEEN

### ASSAULT IN AID OF RACKETEERING ACTIVITY

The Grand Jury further charges:

57. Paragraphs 30 and 31 of Count Three of this Indictment are realleged and incorporated by reference as though fully set forth herein.

58. On or about March 10, 2010, in the Southern District of New York, JOSEPH McLEAN, a/k/a "Millz," and RAHSAAN MELVIN, a/k/a "Sincere," the defendants, and others known and unknown, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value from the Newburgh Bloods, and for the purpose of gaining entrance to and maintaining and increasing position in the Newburgh Bloods, an enterprise engaged in racketeering activity, as described above, intentionally and knowingly assaulted an individual with a dangerous weapon, and aided and abetted the same, to wit, McLEAN and MELVIN shot Victim 7 in the vicinity of Lander Street between Farrington and South Streets, Newburgh, New York, in violation of New York Penal Law, Sections 20.00, 110.00, and 120.05.

(Title 18, United States Code, Sections 1959(a)(3) and 2.)

**NARCOTICS OFFENSES**

COUNT SEVENTEEN

NARCOTICS CONSPIRACY

The Grand Jury charges:

59. From at least in or about 2004, up to and including in or about September 2011, in the Southern District of New York and elsewhere, ANTHONY BOYKIN, a/k/a "Double O," ALBERT ATKINS, a/k/a "Little Bill," a/k/a "Bill Blast," DERRICK ATKINS, a/k/a "D1," MARCO BOYKIN, a/k/a "Sparks," a/k/a "Polo," a/k/a "Polo Shine," CHARLES BYRD, a/k/a "AU," a/k/a "Ante Up," JOHN CANADAY, a/k/a "Stoney B," CLIFTON CATTS, CHARLES CORBIN, a/k/a "Buck," TAYLOR FIELDS, a/k/a "Little A," a/k/a "Alex," MAURICE HAGAN, a/k/a "Vision," ROBERT HERRING, a/k/a "Rico," DAVID JACKLYN, a/k/a "Hood," JOSEPH McLEAN, a/k/a "Millz," DANNY McNAIR, a/k/a "Danny Dog," RAHSAAN MELVIN, a/k/a "Sincere," JOHN NELSON, a/k/a "Hellboy," a/k/a "HB," ANTWAN ROBINSON, a/k/a "Twizzy," MOLEEK SAMPSON, a/k/a "Gams," JUSTIN SIMMONS, a/k/a "Justo," and DANIELLE WILLIAMS, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

60. It was a part and an object of the conspiracy that ANTHONY BOYKIN, a/k/a "Double O," ALBERT ATKINS, a/k/a "Little Bill," a/k/a "Bill Blast," DERRICK ATKINS, a/k/a "D1," MARCO

BOYKIN, a/k/a "Sparks," a/k/a "Polo," a/k/a "Polo Shine," CHARLES BYRD, a/k/a "AU," a/k/a "Ante Up," JOHN CANADAY, a/k/a "Stoney B," CLIFTON CATTS, CHARLES CORBIN, a/k/a "Buck," TAYLOR FIELDS, a/k/a "Little A," a/k/a "Alex," MAURICE HAGAN, a/k/a "Vision," ROBERT HERRING, a/k/a "Rico," DAVID JACKLYN, a/k/a "Hood," JOSEPH McLEAN, a/k/a "Millz," DANNY McNAIR, a/k/a "Danny Dog," RAHSAAN MELVIN, a/k/a "Sincere," JOHN NELSON, a/k/a "Hellboy," a/k/a "HB," ANTWAN ROBINSON, a/k/a "Twizzy," MOLEEK SAMPSON, a/k/a "Gams," JUSTIN SIMMONS, a/k/a "Justo," and DANIELLE WILLIAMS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

61. The controlled substance involved in the offense was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Section 841(b)(1)(A) of Title 21, United States Code.

## Overt Acts

62. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about April 27, 2007, DERRICK ATKINS, a/k/a "D1," the defendant, twice sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for a total of approximately $40, in the vicinity of 155 Lander Street, Newburgh, New York.

b. On or about May 29, 2007, DERRICK ATKINS sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for approximately $20, in the vicinity of 138 Lander Street, Newburgh, New York.

c. On or about September 4, 2007, JUSTIN SIMMONS, a/k/a "Justo," the defendant, sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for approximately $20, in the vicinity of 140 Lander Street, Newburgh, New York.

d. On or about October 17, 2007, SIMMONS sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for approximately $20, in the vicinity of 140 Lander Street, Newburgh, New York.

e. On or about March 27, 2008, JOSEPH McLEAN, a/k/a "Millz," and RAHSAAN MELVIN, a/k/a "Sincere," the defendants, sold approximately 1 gram of crack cocaine to a confidential informant in exchange for approximately $40, in the vicinity of 117 Lander Street, Newburgh, New York.

f.  On or about December 9, 2008, McLEAN sold approximately 1 gram of crack cocaine to a confidential informant in exchange for approximately $200, in the vicinity of 140 Lander Street, Newburgh, New York.

g.  On or about January 23 and January 24, 2009, ANTHONY BOYKIN, a/k/a "Double O," the defendant, negotiated the sale of 4.5 grams of crack cocaine to a confidential informant in exchange for two articles of jewelry, in the vicinity of 140 Lander Street, Newburgh, New York.

h.  On or about April 21, 2009, a co-conspirator not named as a defendant herein and DANNY McNAIR, a/k/a "Danny Dog," the defendant, sold approximately 5.6 grams of crack cocaine to a confidential informant in exchange for approximately $400, in the vicinity of South and North Miller Streets, Newburgh, New York.

i.  On or about July 22, 2009, McLEAN sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for approximately $100, in the vicinity of Lander and South Streets, Newburgh, New York.

j.  On or about July 27, 2009, MELVIN sold approximately 0.5 grams of crack cocaine to a confidential informant in exchange for approximately $40, in the vicinity of Grand and Clinton Streets, Newburgh, New York.