

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains New York 10601

June 25, 2018

**BY CM/ECF and ELECTRONIC MAIL**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED
6/26/18
Granted

Re: *United States v. Anthony Boykin,*
10 Cr. 391 (CM)
18 Civ. 736 (CM)

Dear Judge McMahon:

The Government writes respectfully to request a short second extension of its time to respond to Anthony Boykin's motion pursuant to 28 U.S.C. § 2255 to correct, vacate or set aside his conviction (the "Petition").

On March 13, 2018, this Court ordered the Government to answer the Petition within 60 days. Because the 60th day fell on a weekend, May 14, 2018, was the 60th day. On May 14, 2018, the Government requested a six-week extension of time in which to respond to the Petition. The following day, this Court generously granted that extension. Accordingly, the Government's answer is due today.

Since that time, Boykin has still not provided the Government or the Court with a memorandum of law in support of the Petition. The Government is prepared to respond to the Petition, arguing that it is both procedurally barred for a number of reasons and substantively meritless.

However, the Government has been delayed in its response by waiting for a memorandum of law, as well as my own schedule. Accordingly, the Government respectfully requests a two-week extension of time—to July 9, 2018—in which to respond to the Petition. The Government expects to respond in that time even if Boykin provides no memorandum of law in support of the Petition.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/18
```

Hon. Colleen McMahon
June 25, 2018
Page 2 of 2

        Please feel free to contact me with any questions or issues.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                        By:     /s/ Michael D. Maimin
                              Michael D. Maimin
                              Assistant United States Attorney
                              (914) 993-1952

cc:    Anthony Boykin, USMS # 85218-054 (by U.S. Mail)